**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RUBEN ARROYO, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 08-cv-280-JPG |
| vs. | ) | |
| | ) | CRIMINAL NO. 05-cr-40028 |
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

# MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner pleaded guilty without an agreement to one count of conspiracy to distribute 50 grams of cocaine base, 5 kilograms of cocaine, and 500 grams of methamphetamine in violation of 21 U.S.C. § 846; three counts of distributing less than 500 grams of cocaine in violation of 21 U.S.C. § 841(a)(1); one count of distributing more than 50 grams of cocaine base in violation of 21 U.S.C. § 841(a)(10); and one count of distributing more than 50 grams of methamphetamine in violation of 21 U.S.C. § 841(a)(1). On June 22, 2006, Petitioner was sentenced to 420 months imprisonment, 5 years supervised release, a fine of $1,00, and a special assessment of $600.

In his motion the Petitioner raises multiple claims of ineffective assistance of counsel and several claims concerning sentencing. Petitioner's claim concerning the retroactive application of changes in the Sentencing Guidelines for crack cocaine are being addressed in the underlying criminal case and, therefore, will not be addressed in this proceeding.

The Court **ORDERS** the Government to file a response to Petitioner's motion within

1

**THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: May 14, 2009.**

                                                  s/ J. Phil Gilbert
                                                  **U. S. District Judge**