IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUBEN ARROYO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 08-cv-280-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ruben Arroyo's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied and that judgment is entered in favor of respondent United States of America and against petitioner Ruben Arroyo.

**DATED: January 20, 2010**          NANCY J. ROSENSTENGEL, Clerk of Court

                              s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**